IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDIA GRIFFIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No. 20-01091 |
| ANDREW M. SAUL, Commissioner of Social Security, | : |
| Defendant. | : |

## MEMORANDUM OPINION

**RICHARD A. LLORET**　　　　　　　　　　　　　　　　　　　　　　　**June 11, 2020**
**U.S. MAGISTRATE JUDGE**

　　Claudia Griffin was denied social security benefits by the decision of an Administrative Law Judge ("ALJ"). Ms. Griffin contends that the ALJ's unfavorable decision was reached in error. Doc. No. 1, ¶ 10 (Complaint). Based on the allegations in Ms. Griffin's complaint, I ordered the parties to advise me whether the case should be reversed and remanded for reconsideration by a properly appointed Administrative Law Judge ("ALJ"), pursuant to *Cirko ex rel. Cirko v. Commissioner of Social Security*, 948 F.3d 148 (3d Cir. 2020).[1] Doc. No. 4.

　　On June 10, 2020, the Commissioner of Social Security ("Commissioner") filed a motion requesting that this case be remanded, conceding that further evaluation of Ms. Griffin's claims is warranted.[2] Doc. No. 19 (Defendant's Uncontested Motion to

---

[1] The parties consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this case, pursuant to 28 U.S.C. § 636(c), including entry of final judgment. *See* Doc. No. 2 (Notice of Commissioner's General Consent); Doc. No. 11 (Ms. Griffin's Consent Form).

[2] The Commissioner assures that he will refer Ms. Griffin's case "to a different Administrative Law Judge to further evaluate [Ms. Griffin's] claims, offer [Ms. Griffin] the opportunity for a new hearing, and issue a new decision." Doc. No. 19, ¶ 3.

Remand). The Commissioner has represented that Ms. Griffin's counsel consented to his request. *See id.*

Having considered the parties' briefing, I am granting the Commissioner's motion, reversing the final decision of the Commissioner, and remanding this matter to the Commissioner for further proceedings.

                                **BY THE COURT:**

                                *s/Richard A. Lloret*_____
                                **RICHARD A. LLORET**
                                **U.S. Magistrate Judge**